## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MARK KRANTZ and WILLIAM DUNNE, ) <br> on behalf of themselves and other persons ) <br> similarly situated, known and unknown, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> D T & C GLOBAL MANAGEMENT LLC ) <br> d/b/a TOWN & COUNTRY LIMOUSINE, ) <br> TOWN & COUNTRY LIMOUSINE, INC., ) <br> and JOHN JANSEN, individually, ) <br> ) <br> Defendants. ) | Case No. 1:14-cv-00998 <br><br> Judge Shadur |

### NOTICE OF MOTION

TO:

| | |
|---|---|
| D T & C Global Management, LLC <br> c/o Reg. Agent, William Lynch <br> 3201 S. Hoyne Ave. <br> Chicago, IL 60608 | John Jansen <br> 6551 W. 63rd St. <br> Chicago, IL 60638 |

PLEASE TAKE NOTICE that on **April 2, 2014 at 9:15 a.m.**, we shall appear before Judge Shadur, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion for Class Certification of Their Illinois Minimum Wage Law Claim,** a copy of which is attached hereto and is hereby served upon you.

Date: January 3, 2014

Respectfully submitted,

s/Douglas M. Werman
One of the Attorneys for Plaintiffs

Douglas M. Werman
Maureen A. Salas
David E. Stevens
Sarah J. Arendt
Werman Salas, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
312/419-1008

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of **Plaintiffs' Motion for Class Certification of Their Illinois Minimum Wage Law Claim** was served via regular U.S. mail on March 19, 2014 on:

| | |
|---|---|
| D T & C Global Management, LLC<br>c/o Reg. Agent, William Lynch<br>3201 S. Hoyne Ave.<br>Chicago, IL  60608 | John Jansen<br>6551 W. 63rd St.<br>Chicago, IL  60638 |

          s/Douglas M. Werman
          One of Plaintiffs' Attorneys

Douglas M. Werman
Maureen A. Salas
David E. Stevens
Sarah J. Arendt
Werman Salas, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
312/419-1008