# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARK KRANTZ and WILLIAM DUNNE, on behalf of themselves and other persons similarly situated, known and unknown, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 1:14-cv-00998 |
| v. | ) ) Judge Shadur ) |
| D T & C GLOBAL MANAGEMENT LLC d/b/a TOWN & COUNTRY LIMOUSINE, TOWN & COUNTRY LIMOUSINE, INC., and JOHN JANSEN, individually, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE OF DAVID E. STEVENS

Plaintiff(s), by and through counsel, requests that this Court grant the withdrawal of David E. Stevens as an attorney of record, and states as follows:

1. David E. Stevens requests leave to withdraw as counsel for Plaintiff(s) because he has left the firm of Werman Salas, P.C.

2. Plaintiff(s) continue to be represented by Douglas M. Werman, Maureen A. Salas, and Sarah J. Arendt.

WHEREFORE, Plaintiff(s) requests that it grant David E. Stevens leave to withdraw his appearance as an attorney of record.

Dated:  May 15, 2014 	Respectfully submitted,


	s/Douglas M. Werman
	One of the Attorneys for Plaintiffs


Douglas M. Werman
Maureen A. Salas
Werman Salas P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
312/419-1008
Attorneys for Plaintiffs